PETITION TO REHEAR

SHACKELFORD v. CITY OF WILMINGTON

No. 561PA97

Case below: 349 N.C. 222

Petition by petitioners to rehear pursuant to Rule 31 denied 3 December 1998.